THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 13-CR-30078-MJR |
| ) | |
| DOUGLAS KNOWLES, ) | |
| ) | |
| Defendant. ) | |

**ORDER SETTING IN-COURT HEARING
FOLLOWING COMPETENCY EVALUATION**

REAGAN, District Judge:

Charged with possessing and uttering a forged check, Defendant Knowles was released on bond pending trial. Trial is scheduled to commence January 13, 2014 (having been continued once from a September 2013 setting). On September 9, 2013, the Court granted Defendant's motion to determine competency to stand trial. The Court ordered a non-custodial psychological/psychiatric evaluation pursuant to 18 U.S.C. 4241 and 4247, directed that the costs of the evaluation be borne by the Department of Justice, and designated Dr. John Rabun, MD of St. Louis, Missouri to conduct the examination and prepare a detailed report. The September 9th Order specified (Doc. 24, p. 2): "The completed examination report shall be submitted to the Court with copies provided to both counsel (Norman R. Smith of the U.S. Attorney's Office and Todd M. Schultz of the Federal Public Defender's Office)."

On Thursday, October 24, 2013, the Court received a copy of a seven-page report completed by Dr. Rabun. The Court cannot discern whether Dr. Rabun also mailed copies to counsel. The undersigned Judge **DIRECTS** the Clerk's Office to docket Dr. Rabun's evaluation/report **UNDER SEAL** herein; this will provide copies to counsel of record. Pursuant to 18 U.S.C. §§ 4241 and 4247, the Court **SETS AN IN-COURT HEARING on Tuesday, November 5, 2013 at 1:30 pm.**

IT IS SO ORDERED.

DATED October 28, 2013.

s/*Michael J. Reagan*
Michael J. Reagan
United States District Judge

1