THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-CR-30078-MJR |
| | ) | |
| DOUGLAS T. KNOWLES, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now Stephen R. Wigginton, United States Attorney for the Southern District of Illinois through Norman R. Smith, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the defendant, Douglas T. Knowles, represented by his attorney Todd M. Schultz, pertaining to the relevant conduct of the defendant within the scope of U.S.S.G. §1B1.3.

1)   At all times relevant, the Village of Washington Park, Illinois was a political subdivision of the State of Illinois, located in St. Clair County, within the Southern District of Illinois. According the Village's website, Washington Park was first incorporated on December 15, 1923. It is an impoverished local government having unsuccessfully sought federal bankruptcy protection in 2010.

2)   In December of 2012, Douglas Knowles, the Public Works/Street Superintendent for the Village of Washington Park had improperly obtained a Village check from the Village Administrator of the Village of Washington Park and had forged the endorsement of the Mayor on the check which he then used to purchase a stove for his private residence.

3) On or about December 26, 2012, in St. Clair County, within the Southern District of Illinois, Douglas T. Knowles did knowingly possess and utter a forged security, a check of the Village of Washington Park, Illinois with the intent to deceive another person.

4) On December 26, 2012, Douglas T. Knowles purchased and picked up a gas range from Gil Klein TV & Appliance, Inc., a/k/a Klein's Brand Source, 10338 Lincoln Trail, Fairview Heights, Illinois. The gas range was purchased by Knowles in the name of the Village of Washington Park and he presented for payment a Village of Washington Park check purported to be signed by the Mayor of the Village of Washington Park.

5) On or about January 3, 2013, the check was returned by a financial institution as an account closed check.

6) On or about January 3, 2013, the store notified the Village of Washington Park of the account closed check.

SO STIPULATED:

STEPHEN R. WIGGINTON
United States Attorney

_____
DOUGLAS T. KNOWLES
Defendant

_____
NORMAN R. SMITH
Assistant United States Attorney

_____
TODD M. SCHULTZ
Attorney for Defendant

Date: 11-15-13

Date: 11/27/2013